# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TXu 2-491-232**

**Effective Date of Registration:**
June 02, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Gracenote Programs Database

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Gracenote Media Services, LLC
  **Author Created:** text, compilation of database information
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Gracenote Media Services, LLC
675 Avenue of The Americas, New York, NY, 10011, United States

## Limitation of copyright claim

**Material excluded from this claim:** some third party text

**New material included in claim:** text, compilation of database information

## Certification

**Name:** Craig Mende
**Date:** June 02, 2025
**Applicant's Tracking Number:** GRMS 2508467

---

**Correspondence:** Yes

Page 1 of 1